UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

| | |
|---|---|
| BARBARA E. SCHULTHEISS<br>FKA BARBARA E. TATE, | Case No. 12-16893-BFK<br>(Chapter 7) |
|     Debtor, | |
| FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION ("FANNIE MAE"),<br>CREDITOR C/O SETERUS, INC., | Ref. Dkt. #9 |
|     Movant,<br>vs. | |
| BARBARA E. SCHULTHEISS<br>FKA BARBARA E. TATE and<br>JANET M. MEIBURGER, Trustee. | |
|     Respondents, | |

**CONSENT ORDER GRANTING RELIEF FROM STAY**

Upon consideration of the motion of Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. ("Movant") to modify the stay and the Trustee's Report of No Distribution having been filed; it is

**ORDERED** that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the Movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 14703 Hackwood Street, Woodbridge, VA 22191, and it is more particularly described as follows:

Kristen J. Misleh, Bar #75205
kmisleh@atlanticlawgrp.com
Devon Cipperly, Bar #78364
dcipperly@atlanticlawgrp.com
Atlantic Law Group, LLC
P.O. Box 2548
Leesburg, Virginia 20177
(703) 777-7101

Lot 149, Block 23, Section 2, WILLOWBROOK, as the same is duly dedicated, platted and recorded in Deed Book 595 at page 110, among the land records of Prince William County, Virginia.

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

DONE at Alexandria, Virginia, this ____ day of _____, 2012.

                                                                _____
                                                                Brian F. Kenney
                                                                U.S. Bankruptcy Court Judge

WE ASK FOR THIS:

__/s/   Kristen J. Misleh_____
Kristen J. Misleh, Bar #75205
Devon Cipperly, Bar #78364
Atlantic Law Group, LLC
P.O. Box 2548
Leesburg, Virginia 20177
(703) 777-7101


____/s/ Brian Kenneth Madden_____
Brian Kenneth Madden, Esquire
Brian K. Madden, P.C.
PO Box 7663
Arlington, VA 22207
Attorney for the Debtor

## CERTIFICATION

The undersigned certifies that the foregoing Order Granting Relief from Stay is substantially in compliance with Administrative Order 10-2 and that it has been endorsed by all necessary parties involved in this proceeding.

                                                              __/s/   Kristen J. Misleh___
                                                              Kristen J. Misleh, Esquire
                                                              Devon Cipperly, Esquire


The Clerk shall mail a copy of the entered Order to the following:

Kristen J. Misleh, Esquire
Devon Cipperly, Esquire
Attorneys for Movant
Atlantic Law Group, LLC
PO Box 2548
Leesburg, Virginia 20177
(703) 777-7101

Barbara E. Schultheiss
4135 Granby Rd.
Woodbridge, VA 22193
Debtor

Brian Kenneth Madden, Esquire
Brian K. Madden, P.C.
PO Box 7663
Arlington, VA 22207
Attorney for the Debtor

Janet M. Meiburger, Trustee
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101-5726